# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**ROBERT SPRINGBORN, et al.,**

    **Plaintiffs,**

**v.**                                                   Case No.  8:07-cv-827-T-30MAP

**MILLIAN-AIRE ENTERPRISES, CORP.,**

    **Defendant.**

_____/

## ORDER OF DISMISSAL

Before the Court is the Joint Motion for Dismissal With Prejudice (Dkt. #5).  In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.     Said Motion (Dkt. #5) is GRANTED.

2.     This cause is dismissed with prejudice.

3.     All pending motions are denied as moot.

4.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on August 20, 2007.

                                                             JAMES S. MOODY, JR.
                                                             UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-827.dismissal 5.wpd